HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TODD and ANNE ERICKSON, individually and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>MICROAIRE SURGICAL INSTRUMENTS, LLC, a Virginia Limited Liability Company doing business in the State of Washington,<br><br>Defendant. | NO. C08-5745-FDB<br><br>DECLARATION OF JAIME ALLEN |

I, Jaime Allen, hereby declare and state as follows:

1. I am over eighteen years of age and otherwise competent to testify herein. This declaration is based upon my personal knowledge.

2. I represent Defendant MicroAire Surgical Instruments, LLC ("MicroAire") in the above-entitled matter, and make my declaration in that capacity.

3. I served subpoenas on Dr. Jennifer Forshey in care of her counsel, Stephen Teller, on March 31, 2010. On the same day, Mr. Teller informed me that Tony Shapiro, counsel for Plaintiffs in this matter, had informed him that he would move to quash the subpoenas.

4. MicroAire has attempted to obtain the requested information through the subpoenas to Dr. Forshey, through discovery requests to Plaintiffs, and through the public records. Plaintiffs

{JDA784966.DOC;1\12459.000005\}
DECLARATION OF JAIME ALLEN - 1

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206-447-7000/Fax: 206-447-0215

have moved to quash the subpoenas and have refused to produce the materials pursuant to the discovery requests. MicroAire has obtained what is available in the public record. When I attempted to obtain deposition transcripts at MicroAire's cost directly from the court reporters who transcribed the depositions, I was told that Plaintiffs' counsel objected to the transcripts being produced, so the court reporter would not provide them. I do not know whether the court reporter was referring to Plaintiffs' present counsel or the counsel for SOMS in the *Forshey* litigation.

5. It is my understanding that Dr. Forshey is willing to travel to Seattle at MicroAire's expense and that her counsel is prepared to produce responsive, non-duplicative documents.

6. I have not seen the Settlement Agreement between SOMS and Dr. Forshey, or any part thereof. However, it is my understanding that the confidentiality provision in the Settlement Agreement between SOMS and Dr. Forshey would allow for Dr. Forshey's deposition and for her to produce documents pursuant to a subpoena.

7. Attached hereto are true and correct copies of the following documents:

- Exhibit 1- Subpoenas served on Dr. Jennifer Forshey c/o Stephen Teller, dated March 31, 2010.

- Exhibit 2- Excerpts from the deposition of John Pascaloff, dated December 7, 2009.

- Exhibit 3- Expert report of Dennis Foster.

- Exhibit 4- Expert Report of Noel Weiss.

- Exhibit 5- Expert Report of John Hamm.

- Exhibit 6- Exhibit 3 to the Declaration of Anne Erickson in Opposition to Motions for Summary Judgment, filed in *Forshey v. SOMS et. al.*, (W.D. Wash. Case No. C06-5335RJB).

- Exhibit 7- Order (1) Granting in Part and Denying in Part Plaintiff's Motion for Summary Judgment on Contract Claims, (2) Granting in Part and Denying in Part Plaintiff's Motion for Summary Judgment on Counterclaims; and (3) Granting and Denying Evidentiary Motions to Strike, filed in *Forshey v. SOMS et. al.*, (W.D. Wash. Case No. C06-5335RJB).

- Exhibit 8- Stipulated Findings of Fact, Conclusions of Law and Agreed Order, filed In re: Robert T. Erickson, Department of Health, Dental Quality Assurance Commission, Docket No. 06-01-A-1051DE.

{JDA784966.DOC;1\12459.000005\ }
DECLARATION OF JAIME ALLEN - 2

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206-447-7000/Fax: 206-447-0215

- <u>Exhibit 9</u> - Declaration of Robert Todd Erickson, filed In re: Robert T. Erickson, Department of Health, Dental Quality Assurance Commission, Docket No. 06-01-A-1051DE.

I declare under penalty of perjury that the above information is true and correct, to the best of my knowledge.

EXECUTED in Seattle, Washington on this 26th day of April, 2010.

/s Jaime D. Allen
Jaime D. Allen

{JDA784966.DOC;1\12459.000005\ }
DECLARATION OF JAIME ALLEN - 3

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206-447-7000/Fax: 206-447-0215

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Anthony D. Shapiro
David P. Moody
Martin D. McLean
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
tony@hbsslaw.com
davidm@hbsslaw.com
martym@hbsslaw.com

DATED this 26th day of April, 2010.

/s Jaime D. Allen
Jaime D. Allen, WSBA No. 35742
Ogden Murphy Wallace P.L.L.C.
1601 Fifth Ave., Suite 2100
Seattle, WA 98101
206.447.7000   FAX 206.447.0215
jallen@omwlaw.com

{JDA784966.DOC;1\12459 000005\ }
DECLARATION OF EMILY HARRIS GANT - 1

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215